■ JAMES J. O'LEARY, Respondent-Appellant, v RAYMOND LECHASE, INC., Defendant and Third-Party Plaintiff-Respondent-Appellant. CYCLOPS CORPORATION, ELWIN G. SMITH DIVISION, Third-Party Defendant-Appellant-Respondent. (Appeal No. 2.)—Appeal unanimously dismissed, without costs, as moot. *(See, mem in O'Leary v Raymond LeChase, Inc.* [appeal No. 1], 125 AD2d 991 [decided herewith]). (Appeals from order of Supreme Court, Monroe County, Provenzano, J.—indemnification.) Present—Callahan, J. P., Boomer, Green, Balio and Lawton, JJ.

■ JAMES J. O'LEARY, Plaintiff, v RAYMOND LECHASE, INC., Third-Party Plaintiff-Respondent. CYCLOPS CORPORATION, ELWIN G. SMITH DIVISION, Third-Party Defendant-Appellant. (Appeal No. 3.)—Judgment unanimously reversed, on the law, without costs. *(See, mem in O'Leary v Raymond LeChase, Inc.* [appeal No. 1], 125 AD2d 991 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, Provenzano, J.—indemnification.) Present—Callahan, J. P., Boomer, Green, Balio and Lawton, JJ.